UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUSHUN ROBINSON,

    Plaintiff,

v.                                            Case No: 8:21-cv-308-KKM-CPT

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.
_____

# ORDER

The United States Magistrate Judge recommends denying the plaintiff's second motion to reopen this case (Doc. 44). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 49) is **ADOPTED** and made a part of this Order for all purposes.

2. The Plaintiff's second motion to reopen this case (Doc. 39) is **DENIED**.

**ORDERED** in Tampa, Florida, on December 18, 2024.

Kathryn Kimball Mizelle
United States District Judge